**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


Christopher Palermo

    v.                                                    Civil No. 11-cv-557-JL

Glenn Libby, Superintendent,
Grafton County House of
Corrections et al.


**O R D E R**


    Christopher Palermo filed this action, pursuant to 42

U.S.C. § 1983 and the Religious Land Use and Institutionalized

Persons Act, 42 U.S.C. § 2000cc-1(a) ("RLUIPA"), while he was

incarcerated at the Grafton County House of Corrections

("GCHC").  The matter is before this magistrate judge for a

preliminary review, pursuant to United States District Court

District of New Hampshire Local Rule ("LR") 4.3(d)(2) and 28

U.S.C. § 1915A(a).

    For the reasons fully explained in a report and

recommendation issued this date ("R&R"), the court directs that

GCHC Capt. Roland Lafond be served with the following claims for

damages, asserted against him in both his official and

individual capacities: the claims asserting violations of

Palermo's rights under the First Amendment Free Exercise Clause

and RLUIPA relating to the failure to provide him with a
religious diet, religious reading materials, and ritual items;
the claims asserting discrimination under the Fourteenth
Amendment Equal Protection Clause, relating to the failure to
provide him with religious reading materials and ritual items;
and the claims for damages, asserting violations of Palermo's
Fourth and Fourteenth Amendment rights relating to strip
searches.[1]

Palermo has filed a summons form for Lafond.  The clerk's
office is directed to issue the summons, and forward to the U.S.
Marshal's office: the summons; the complaint (doc. no. 1); the
R&R; and this Order.  Upon receipt of the documentation, the
U.S. Marshal's office shall serve Lafond.  See Fed. R. Civ. P.
4(c)(3) and 4(e).  Defendant is instructed to answer or
otherwise plead within twenty-one days of service.  See Fed. R.
Civ. P. 12(a)(1)(A).

Palermo is instructed that all future pleadings, written
motions, notices, or similar papers shall be served directly on

---

[1]In the R&R, the magistrate judge has recommended that the
court dismiss all of the other claims and defendants identified
in the complaint, and deem moot Palermo's request for injunctive
relief.

defendant by delivering or mailing the materials to him or his

attorney(s), pursuant to Fed. R. Civ. P. 5(b).

**SO ORDERED.**

_____
Landya McCafferty
United States Magistrate Judge

September 12, 2012

cc:  Christopher Palermo, pro se

LBM:jba